UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 11548
    KAREN L BROWN
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-7376

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 03/29/2005 and was confirmed 05/11/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was paid in full 05/27/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TRIAD FINANCIAL | SECURED | 10000.00 | 1118.06 | 10000.00 |
| CITY OF CHICAGO WATER DE | SECURED | 290.00 | .00 | 290.00 |
| MID AMERICA BANK | CURRENT MORTG | .00 | .00 | .00 |
| ROBERT J ADAMS & ASSOC | PRIORITY | NOT FILED | .00 | .00 |
| ADT SECURITY SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| ADVANCED DERMATOLOGY CEN | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1003.73 | .00 | 100.37 |
| HOUSEHOLD BANK | UNSECURED | NOT FILED | .00 | .00 |
| MCI RESIDENTIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT ACQUISITION LL | UNSECURED | 3523.04 | .00 | 352.30 |
| RESURGENT ACQUISITION LL | UNSECURED | 6911.46 | .00 | 691.15 |
| SUNRISE CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 410.79 | .00 | 41.08 |
| TV GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT J ADAMS & ASSOC | REIMBURSEMENT | 210.00 | .00 | 210.00 |
| TRIAD FINANCIAL | UNSECURED | 5174.88 | .00 | 517.49 |
| ROBERT J ADAMS & ASSOC | DEBTOR ATTY | 2,200.00 | | 2,200.00 |
| TOM VAUGHN | TRUSTEE | | | 932.86 |
| DEBTOR REFUND | REFUND | | | 646.69 |

            Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                17,100.00

PRIORITY                                        210.00
SECURED                                      10,290.00
    INTEREST                                  1,118.06

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 11548 KAREN L BROWN

```
UNSECURED                                    1,702.39
ADMINISTRATIVE                               2,200.00
TRUSTEE COMPENSATION                           932.86
DEBTOR REFUND                                  646.69
                        ---------------    ---------------
TOTALS                      17,100.00          17,100.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 08/27/08                 /s/ Tom Vaughn
                                _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE